DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH VIERA, LYNN DEMCHAK VIERA** and **C.D-V.,** a minor,
Appellants,

v.

**CITY OF LAKE WORTH, FLORIDA, GLEN TORCIVIA, MATTHEW
RANSDELL, JONATHAN E. O'CONNELL, LISA M. FEDYNYSHYN-
CONFORTI,** and **TORCIVIA DONLON GODDEAU & ANSAY, P.A.,**
Appellees.

No. 4D21-3618

[December 15, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 50-2020-CA-008617-XXXX-MB.

Grace Mackey Streicher and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Mark J. Berkowitz of Mark J. Berkowitz, P.A., Fort Lauderdale, for appellants.

Forrest L. Andrews of Lydecker LLP, Miami, for appellee City of Lake Worth, Florida.

John D. Heffling and Jodi Barrett of Hall Booth Smith, P.C., West Palm Beach, for appellees Glen Torcivia, Matthew Ransdell, Jonathan E. O'Connell, Lisa M. Fedynyshyn-Conforti and Torcivia Donlon Goddeau & Ansay, P.A.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***